Samuel Jay miles 0816743
Name and Prisoner/Booking Number

Fresno County Jail
Place of Confinement

P.O. Box 872
Mailing Address

Fresno C.A. 93721
City, State, Zip Code

FILED
AUG 31 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Samuel Jay miles                              )
(Full Name of Plaintiff)                      )
                      Plaintiff,              )
                                              )
              v.                              )  CASE NO. 1:22-cv-1105-SKO (PC)
                                              )        (To be supplied by the Clerk)
(1) Fresno County medical Wellpath            )
(Full Name of Defendant)                      )
                                              )
(2) _____           )
                                              )  **CIVIL RIGHTS COMPLAINT**
(3) _____           )  **BY A PRISONER**
                                              )
(4) _____           )  ☐ Original Complaint
                      Defendant(s).           )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Fresno County Jail

RECEIVED
AUG 31 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: __Wall Plath__. The first Defendant is employed as: __Medical Staff__ at __Fresno County Jail__.
   (Position and Title)                                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: I have not been given the necessary medical care.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I wrote a grievances about my medical care and the staff role in not following the Kern County Jail staff rule that conducted provide a care plan and or still did not put in place but on at least 15-20 prevision nursing staff refused to comply with the Jails and doctor's orders. I have a copy of some of my care plan from because of some from my S.N.F. and the often gave instruction of my medical needs that where not followed. I have suffered a injury that left me paralyzed for Jan 8 2022 on Jan 14 the first of February was in need to a use of hospital but after 50 days I was placed back in Kern County without any real reason why. As of May 5, 2022 I could not fully get myself dressed and undressed as well as washing my head, back, ears, for the first time and off and on from May 5, 2022 until 8-12-22 until they fully complied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have teeth and skin issue from not Shower and I have lost some of the mobility that I gained as well as mental stress from being ignored and mistreated.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I did not because they ruled in my favor but still refused to comply for almost 90 days.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I would like that medical be held accountable for there action and to write me a full apology letter taking responsibility for there action and come to me with a Settlement for my Suffering mentally as well as physically. I also feel they need to come up with a real way to assist someone in my situation So this wont happen again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-13-2022
         DATE

Signature: Al Jay Miles
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.