Plaintiff's Name Samuel Jay Miles
Inmate No. 0816743
Address P.O. Box 872
Fresno C.A. 93712

**FILED**

JUL 25 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Samuel Jay Miles
(Name of Plaintiff)

1:22-CV-01105-SKO (PC)
(Case Number)

vs.

Fresno County
Medical Wellpath

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

JUL 25 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes___ No ✗

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

    1. Parties to this previous lawsuit:

    Plaintiff _____

    Defendants _____

    2. Court (if Federal Court, give name of District; if State Court, give name of County)
    _____

    3. Docket Number _____ 4. Assigned Judge _____

    5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
    _____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes __X__    No_____

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

    Yes_____    No __X__

    C. Is the process completed?

    Yes __X__    If your answer is yes, briefly explain what happened at each level.

I won the grievance and the jail ordered medical to assit me with shower's and removing my T-shirt/sock's and a head wash after I was placed in a cell for 21 day's without a shower. The order was for 3 times a week and I maybe recived help 2 times a month.

    No_____    If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

    A. Name John Doe/Jane Doe is employed as nurse

    Current Address/Place of Employment Box 872 fresno C.A. 93721

B. Name **John Doe2/Jane Doe2** is employed as **nurse**

Current Address/Place of Employment **P.O. Box 872 fresno C.A. 93721**

C. Name **physical thearpy 1 Ken** is employed as **Physical theapis**

Current Address/Place of Employment _____

D. Name **Michealla** is employed as **Physical thearpis 2**

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

I had my rights to medical violated by nursing staff by refusing to asiste me with the tasked ordered by doctor Gill as well as Jail staff.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I wrote a grievence. after I was jumped in fresno county and had to have a opperation that left me unable to dress myself or wash my own body. I was left unattended to. It caused me to devolpe Sores. I did not have a shower for well over 25 days. Becon of hope the care facility that took care of me sent fresno county medical well path a care plan with instructions on the type of care I was

reciving and how they should implamented my care. As of may 5 2022. I was called in by Doctor Gill on at least 7 different occions. He told me that he had wrote/ordered a care plan and that it was in place but nursing staff were not following through and he would talk to them and see why they were not complying. This went on until around August 12, 2022. By the medical staff employed by wellpath at the fresco county jail. By neglecting the orders set by Becon of hope/Doctor Gill and the Jail Sgt. That ruled on my grievances they felled there duties in full. I also have four sheriff deputy that

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Medical care. I was ordered by the surgeon to recive physical thearpy 3 time aweek to restore as much of my mobilty back as possible.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

When I was at Becon of hope the care facility that I was sent to after I was released from the hospital. I would recive physical thearpy 3 time's aweek and I was gaining movement back in my arm/leg's and most of my body. But since I was sent back to fresno county on may 5 of 2022. I very seldom recive thearpy and I am loosing movement in my arm/legs. I have gotten weaker. I am suppose to recive physical thearpy 3 time aweek for a hour a session. But since may 5 when I was sent back to fresno county

are employed at fresno county jail as officers. Two of the officers were told by a nurse that she was not going to proform the task that she was employed to proform. Other nursing staff employed at fresno county jail by Wellpath told me the care plan had been cancelled. When it had not. I know the order was never stopped because, I talked to doctor Gill about why it was stopped and he told me that it never was. In all fresno county medical staff employed by wellpath never in fully provided the nescarssy medical care I needed for the entire time I needed there asisstance. I would smell of urine for days at at a time. I would go for two week's at times with no help from nursing staff. I devolped scores on my skin. I would cry at times and wonder what did I do to get this kind of treament. I started having thoughts of hurting myself because I was having feelings of worthlessness. in feb 2023 I started removing and putting on my own socks t-shirt. I no longer needed help in which I told doctor Gill and the order was stopped. These are the name's of the officer who witnessed: Officer pace who worked MJ-2 during the hours of 6:00 pm to 6:00 AM. Officer Gonzalez during the hours of 6:00 pm to 6:00 AM MJ-2. Officer Cuevas during the hours of 6:00 AM to 6:00 PM. MJ-2

Officer Blackmann who worked MJ-2 during the hour's of 6:00 pm to 6:00 Am.

from Becon of hope I have thearpy maybe 3 times a month for 10 minutes a session. The physical theapist are employed by wellpath. I have no control over being called for treatment and as of now I have not recived thearpy for over a month, as of today 7-16-2023. I am still scheduled for thearpy as of now. I just hardly recive it.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like to recive addignit medical care. I would like an apology for the stress and suffering. I would like compensicn for the mental suffering 250,000$ dollar and 150,000$ for physical. In all 400,000$ in relesf.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7-16-2023   Signature of Plaintiff: Samuel Jay Miles

(Revised 4/4/14)