UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JAY MILES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY MEDICAL WELLPATH,<br><br>　　　　Defendant. | 1:22-cv-01105-SKO (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT WITHIN TWENTY-ONE (21) DAYS** |

　　　Plaintiff Samuel Jay Miles, a previous Fresno County Jail inmate and current state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　BACKGROUND**

　　　Plaintiff filed a first amended complaint on July 25, 2023. (Doc. 9.) Plaintiff named, in part, John or Jane Does 1 and 2, nurses at the Fresno County Jail, as defendants in this action. (*Id.* at 4.) In its Second Screening Order issued February 14, 2024, the Court found Plaintiff stated cognizable medical deliberate indifference claims against Defendants Doe 1 and Doe 2 and physical therapists "Ken" and "Michealla." (Doc. 10.) On February 15, 2024, the Court issued its Order Granting Plaintiff Ninety Days to Identify John or Jane Does 1 and 2. (Doc. 11.)

　　　On April 24, 2024, Plaintiff filed a document titled "Notice of Substitution." (Doc. 13.) On April 29, 2024, the Court issued its Order Granting Request for Subpoena Duces Tecum. (Doc. 14.) The United States Marshal's Service was directed to serve a subpoena to the Fresno

1

1  County Jail Records Unit within 30 days. (*Id*. at 3-4.) Further, Plaintiff was directed to file a

2  request for substitution with the Court once he received the documents responsive to the

3  subpoena. (*Id*. at 5.)  The United States Marshal's Service served the subpoena on May 3, 2024.

4  (Doc. 15.)

5         On May 15, 2024, Plaintiff filed a notice of change of address, indicating he is presently

6  confined at Valley State Prison in Chowchilla, California. (Doc. 16.)

7         **II.**      **DISCUSSION**

8         Pursuant to Court order, the Fresno County Jail Records Unit was directed to provide

9  Plaintiff with the following documentation within thirty days:

10  
11  
12  
13            Medical records, including treatment or care plans, pertaining to Plaintiff Samuel Jay Miles, Booking or Inmate Number 0816743, for all treatment provided between May 2022 and November 2022, including documents identifying the names of nurses, physical therapists, or other medical professionals who are employed by the Fresno County Jail and/or Wellpath and who provided treatment to Plaintiff during the period between May 2022 and November 2022

14  (*See* Doc. 14 at 4.) The subpoena was served on May 3, 2024, and the documents were to be

15  provided to Plaintiff on or before June 3, 2024. Following service of the subpoena and before the

16  thirty days elapsed, Plaintiff was transferred from Wasco State Prison to Valley State Prison.

17  Thus, the Court is uncertain whether Plaintiff received any responsive documentation.

18         Plaintiff was previously directed to file a request for substitution "identifying the John

19  and/or Jane Doe defendants, and the surnames of physical therapists 'Ken' and 'Michaela,'"

20  within fourteen days of his receipt of the responsive documents. (*See* Doc. 14 at 5.) To date,

21  Plaintiff has not filed such a request.

22         Plaintiff will be directed to file a status report stating whether he has received any

23  documents responsive to the subpoena served on May 3, 2024. If Plaintiff has not received those

24  documents, Plaintiff shall advise the Court of his efforts to obtain those documents in the event

25  the documents were sent to Wasco State Prison and have not yet been forwarded to him at Valley

26  State Prison. If Plaintiff has received the responsive documents, Plaintiff shall explain why he has

27  not complied with this Court's directive to file a request for substitution identifying the John

28  and/or Jane Doe defendants, and the surnames of physical therapists, as outlined in this Court's

April 29, 2024, order.

### III.     CONCLUSION AND ORDER

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff **SHALL** file a status report **within 21 days** of the date of service of this order. The status report shall address the following: (1) whether Plaintiff is in receipt of any responsive documentation following service of the subpoena to the Fresno County Jail Records Unit on May 3, 2024; (2) and, if Plaintiff is *not* in receipt of those documents, Plaintiff shall explain his efforts to obtain those documents in light of his recent transfer; (3) *or*, if Plaintiff *is* in receipt of responsive documentation, Plaintiff shall explain why he has not complied with this Court's directive to file a request for substitution identifying the John and/or Jane Doe defendants, and the surnames of physical therapists, as outlined in this Court's April 29, 2024, order;

2. **Plaintiff is advised that a failure to file a timely status report will result in a recommendation that this action be dismissed for his failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **July 9, 2024**                                   /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

3