UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMUEL JAY MILES,

           Plaintiff,

    v.

FRESNO COUNTY MEDICAL WELLPATH,

           Defendant.

1:22-cv-01105-SKO (PC)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE REQUEST FOR SUBSTITUTION**

Plaintiff Samuel Jay Miles, a previous Fresno County Jail inmate and current state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      BACKGROUND**

In its Second Screening Order issued February 14, 2024, the Court found Plaintiff stated cognizable medical deliberate indifference claims against Defendants Doe 1 and Doe 2 and physical therapists "Ken" and "Michealla." (Doc. 10.) On February 15, 2024, the Court issued its Order Granting Plaintiff Ninety Days to Identify John or Jane Does 1 and 2. (Doc. 11.)

On April 24, 2024, Plaintiff filed a document titled "Notice of Substitution." (Doc. 13.) Plaintiff sought a subpoena to learn the identities of the John or Jane Does and the surnames of the physical therapists from medical records maintained by the Fresno County Jail for treatment provided to him between May and November 2022. (*Id.*)

On April 29, 2024, the Court issued its Order Granting Request for Subpoena Duces Tecum. (Doc. 14.)  The United States Marshals Service was directed to serve a subpoena to the Fresno County Jail Records Unit within 30 days. (*Id*. at 3-4.)  Plaintiff was also directed to file a request for substitution within 14 days of receiving the documents responsive to the subpoena. (*Id*. at 5.)  The United States Marshal's Service served the subpoena on May 3, 2024. (Doc. 15.)

On May 15, 2024, Plaintiff filed a notice of change of address, stating he is presently confined at Valley State Prison in Chowchilla, California. (Doc. 16.)

On July 10, 2024, the Court issued its Order Directing Plaintiff to File Status Report Within Twenty-One (21) Days. (Doc. 17.) Given his recent transfer, Plaintiff was directed to advise the Court whether he received the responsive documentation from the Fresno County Jail Records Unit and, if so, to explain why he had not complied with the Court's directive to file a request for substitution as outlined in the Court's April 29, 2024, order. (*Id*. at 3.) Plaintiff filed a status report on July 19, 2024. (Doc. 18.)

## II.     DISCUSSION

Plaintiff states he received the relevant medical records. (Doc. 18.) He has found the names of the John and/or Jane Doe defendants but needs "a little more time" to finish his review before filing the notice of substitution. (*Id*.) He states he is moving as quickly as he can. (*Id*.) Plaintiff advises he is trying to find an attorney to take on this case because he finds it difficult to understand how to comply with the Court's orders.

## III.     CONCLUSION AND ORDER

Accordingly, for good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time within which to file a request for substitution, identifying the John and/or Jane Doe defendants and the surnames of the physical therapists, is **GRANTED**; and

2. Plaintiff **SHALL** file the request for substitution **no later than August 15, 2024**.

//

//

//

2

**Plaintiff is advised that a failure to comply with this Order will result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **July 23, 2024**                        /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE