Plaintiff's Name Samuel Jay Miles
Inmate No. Bn1678
Address Valley State Prison
P.O. Box 92
Chowchilla, CA 93610-92

**FILED**

OCT 07 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Samuel Jay Miles
(Name of Plaintiff)

1:22-cv-01105-SKO
(Case Number)

vs.

Fresno County
Medical Wel Path
_____
_____
_____
_____
(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

OCT 07 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes___ No **X**

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

    Plaintiff _____

    Defendants _____

    _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)

    _____

3. Docket Number _____  4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

    _____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

   A. Is there an inmate appeal or administrative remedy process available at your institution?

   Yes _X_   No _____

   B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

   Yes _X_   No _____

   C. Is the process completed?

   Yes _X_   If your answer is yes, briefly explain what happened at each level.

   I won the grievance or the first level
   Grievance Report # 2022050051
   Steff Investgater - P. Hindman-Santillan
   _____
   _____

   No _____   If your answer is no, explain why not.

   _____
   _____
   _____
   _____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

   A. Name **Britney Buchanan** is employed as **Medical Stuff/nursing**
   Current Address/Place of Employment **Fresno County Jail, 1225 M. St Fresno CA 93721**

F. Cindy Ramirez: is employed as Medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

G. Candice Thao: is employed as medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail, 1225 M. Street Fresno C.A. 93721

H. Annabel Duran: is employed as Medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

I. Xiong Soua: is employed as medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

J. Kamwar Gill: is employed as medical Staff/Physician Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

K. Maisa Iao: is Employed as medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

L. Mary Akioyame: is Employed as medical Staff/Nursing Current Address/Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

M. Kenneth Cagara: is employed as Physical therapist Current Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

N. Michellene Alvarez: is employed as Physical therapist Current Place of Employment - Fresno County Jail 1225 M. Street Fresno C.A. 93721

B. Name **Jessica Nunez** is employed as **Medical Staff/Nursing**

Current Address/Place of Employment **Fresno County Jail. 1225 M. st fresno C.A.93721**

C. Name **Rosie Zaragoza** is employed as **Medical Staff/Nursing**

Current Address/Place of Employment **Fresno County Jail. 1225 M. st fresno C.A.93721**

D. Name **Ray Arce** is employed as **Medical Staff/Nursing**

Current Address/Place of Employment **Fresno County Jail. 1225 M. St Fresno C.A.93721**

E. Name **Maria Guerrero** is employed as **Medical Staff/Nursing**

Current Address/Place of Employment **Fresno County Jail. 1225 M. st fresno C.A.93721**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Medical staff/Nursing refused to Provide the level of care deemed necessary. By doctor at CRMC/Beacon of hope. By not helping me Shower as order by Jail Staff/Medical Staff at Fresno County Jail.

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

I wrote a Grievance on 5-10-2022 and won. I was found in by D... K... ...ll. Defendant. J) who work's for wellPath fresno county medical. I was told that ........... w... be as... a task to h... me on tuesdays and fridays. This was on p... . But I arrived on 5-5-2022 to OPHU In fresno County Jail medical unit who is ran by WellPath. It took week's before Someone helped me from

5-5-2022. I started to get sore or my legs in various place. As well as rash's and black spots. As the tasked would get assinged to Various nursing staff at the Fresno county Jail on the OPHU floor M-2. They not complete the task at all. Defendant (A) Britney Buchanan Did not Proform the assing task on 6-16-2022 as the records recive by Plantiff as ordered in the Supoena Served to Fresno County Medical wellPath. Defendant (B) Jessica Nunez on 6-17-2022 after I made a Complaint to Defendant (J) and the task ordered again from 6-16 was because it was not done. Defendant (B) also did not proform the task on 6-24-2022, 10-7-22, 10-15-22. Defendant (C) Rosie Zaragoza.

**Claim 2**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

The level of Physical therapy I was reciving was no-where closed to the Doctor from C.R.M.C. on two diffent orders these records are not in the record from wellpath.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

Defendant (M) Kenneth Casara from 5-23-2022 to 11-30-2022 until I was transfered to Wasco State Prison for 3 week to 5 week's. 2-10-2023 to the same lack of treament. I was ordered a hour of therapy each session and I would recive 5 to 15 minutes max each visit. It should be noted that if I recive a reasonable time such as 30 to 45 minute that my mobility would have gotten better fast then It has to this day 9-30-2024. I was told by the Defendant (M) Kenneth Casara that he had to many patiant's to work on and that's all the time I can recive. Defendant (N) Michellene Alvare

from around 1-1-2022 to 11-30-2022 on weekends most of the time would provide physical therapy session in the O.P.H.U unit in the Fresno County Jail for Wellpath. Her session would be 15 to 25 minute but as noted I feel that my mobility would have gotten better with the hourly session. I have also recieved other physical therapy view that current give me session now. They feel that Yes. If C.R.M.C. order's were followed my mobility would be alot better now.

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like a apology from medical staff/Nursing for the theartment I recive and the level of care. I would like to add to the current 400,000$ and ajust it to 850,000$ Thousand dollars for mental and emotional stress. The level of neglect by medical staff/Nursing of there duity's as medical Professional as Wellpath employ's

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-30-2024      Signature of Plaintiff: Samuel Jay Miles

(Revised 4/4/14)

Supporting Facts 1-of 2

7-12-2022. Defendant (D) Ray Arce lied to me by saying that the task was cancled. I seen Defendant (J) the next day and Doctor Kanwar Gill informed me that the task is still active in the System. Defendant (E) Maria Guerrero did not proform task in the records on 9-7-2022, 10-18-2022, 10-22-2022. Defendant (F) Cindy Ramirez on 6-8-2022, 10-13-2022, again on 10-14-2022 refused to Proform the task that is in the records that were Provide by wellPath. Defendant (G) Candice Thao did not Proform the task on 10-19-2022 as in the record that were recived from WellPath the medical Provider of the OPHU unit at the fresno County Jail. Defendant (H) Annabel Duran did not proform the task ordered on 11-8-2022 in the records Provided by wellPath. Defendant (I) Xiong Soua did not Proform the task ordered as in the records If you look at the record of: Jennifer Ken on 8-22-2022 who is not a Defendant in this civil claim against wellPath of fresno County medical. But was at the time employed as medical staff/Nursing but alway completed the task assinged to her. On this date on 8-2-2022 recorded as completed. As seen under (objective) in the records Provide by wellPath. Defendant (J) Kanwar Gill Physician who was in charge of making sure the care Plan was completed felled to do his Job a Physician who ordered the Care Plan but did not ensure it was in action as ordered by physican Kanwar Gill Defendant (J) on Sturting 5-19-2022, 6-2-2022, 6-16-2022 - 11-18-2022. After being Ordered Jail Staff/Medical Staff and attending Physician from C.R.M.C. This long Period's of time Cused me to have thoughts of sucide. I often wondered

Supporting Facts 2 of 2

Why I was being treated unfairly. And Peared with the assult the not being able to do the bacis things like removing my Sock or t-shirt on my own. Then every 2 to 5 day being refused help lead me to mental suffuring such as hurting myself. Thoughts of usfulness. I would often feel like I didn't deserve help. I felt like they wouldn't help me because I was in Jail. And that I was less then a human. I would often cry. I was also alone in a cell for 3 to 5 weeks after I was discharged from Beacon of Hope. At Beacon of Hope I was reciving 24 hour care. I recived help Showering, Putting on my Sock's Washing my hair, A.D.L. Getting up and out of bed as of 5-5-2022. From Beacon of Hope but fresno County medical wellPath Placed me a cell alone. Then Just Planly refused me help day after day. Week after week. Mouth after mouth. My Pain meds would be cut off for day at a time after a Very Painful Surgery that I had less then 65 days before.

1:22-cv-01105-Sko

Inmate's Name: Miles, Samuel
JID: 0816743
Grievance Number: 2022050051

# INMATE GRIEVANCE REVIEW REPORT

Grievance Dated: 5/10/2022
Investigation Completed: 5/19/2022

Per grievance,

Patient reports he needs assistance showering, and medical staff will not assist him.

Review of the patient's medical records indicate:

Patient returned from Beacon of Hope on 5/5/2022 and admitted to OPHU. Patient was assessed by provider on 5/6/2022 and referred to physical therapy. Per documentation patient reported he needs assistance with showering, and was provided a shower chair. No documentation of shower assistance provided, or patient's ability to do so independently.

Grievance is SUSTAINED.

Medical staff educated to assess Mr. Miles ability to shower, and to document and implement a plan of care.

Thank you for bringing this matter to the attention of jail medical services.

| Date | Name of Investigating Staff Member | Title/Rank of Investigating Staff Member | Computer # |
|---|---|---|---|
| 5/19/2022 | P. Hindman-Santillan | DON | |

**Lieutenant or Manager/Supervisor's Review and Findings:**

☑ Agrees with decision.

☐ Disagrees with decision. If disagrees, reason(s) for disagreement and action taken:

| Date | | Title/Rank | Computer # |
|---|---|---|---|
| 5/19/22 | [signature] | AHSH | |

**IF YOU ARE NOT SATISFIED WITH THE RESPONSE, you may submit an Appeal within five (5) calendar days from the date of receipt.** Appeal forms are available from the housing officers upon request.

Scanned and Forwarded to Inmate: [initials] 5/23/22

J-105A
Rev. 10/13

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P.5;28 U.S.C. §1746)

I, Samuel Jay miles _____, declare:

I am over 18 years of age and a party to this action. I am a resident of: Chowchilla prison, in the county of Mackra in the State of California. My Prison is: V. S. P.

on 9-30-2024

I served the attached documents: AMended civil Rights Complaint

(Describe Document)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope. With postage therein fully paid in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Samuel Jay Miles Bn1678  
B-4  12-4L  
P.O. Box 92 Chowchill CA 936/092

and to:

Sheila K. oberto  
2500 Tulare St Room 1501  
Fresno CA. 93721-2201

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9-30-2024

(Date)

Samuel Jay miles

(Signed)