UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JAY MILES,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY MEDICAL WELLPATH,<br><br>Defendant. | 1:22-cv-01105-KES-SKO (PC)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ALVAREZ, CAGARA, GILL, NUNEZ, AND ZARAGOZA**<br><br>(Doc. 41) |

Plaintiff Samuel Jay Miles, presently incarcerated at Valley State Prison and previously held in the Fresno County Jail, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     INTRODUCTION**

On October 17, 2025, the Court issued its Order Directing Plaintiff to Respond Within Thirty (30) Days. (Doc. 40.) Plaintiff was directed to advise the Court whether he intended to pursue his claims against named Defendants Alvarez, Cagara, Gill, Nunez, and Zaragoza, or whether he wished to voluntarily dismiss those claims considering the United States Marshal had been unable to effect service of process on those individuals. (*Id*. at 3.) On November 13, 2025, Plaintiff filed his timely written response. (Doc. 41.)

**II.    DISCUSSION**

In his response, Plaintiff acknowledges Alvarez, Cagara, Gill, Nunez, and Zaragoza have not been served and cannot be located for service of process (Doc. 41 at 1 ["I understand that the

1

Court has tryed to execute services of the summonses"]), and states he wishes to dismiss Defendants Alvarez, Cagara, Gill, Nunez, and Zaragoza without prejudice (*id*. ["I wish to voluntarily dismiss …"]) so that the matter can potentially proceed to an early settlement conference. The Court construes Plaintiff's response as a notice of voluntary dismissal as to Defendants Alvarez, Cagara, Gill, Nunez, and Zaragoza.

Because Defendants Alvarez, Cagara, Gill, Nunez, and Zaragoza have not appeared in this action, the Federal Rules of Civil Procedure permit Plaintiff to dismiss these individuals by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(i).

### III.    CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS** that Defendants Alvarez, Cagara, Gill, Nunez, and Zaragoza are **DISMISSED** from this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **November 17, 2025**             /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE