UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JAY MILES,<br><br>    Plaintiff,<br><br> v.<br><br>FRESNO COUNTY MEDICAL WELLPATH, et al.,<br><br>    Defendants. | 1:22-cv-01105-KES-SKO (PC)<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

  Plaintiff Samuel Jay Miles, presently incarcerated at Valley State Prison and previously held in the Fresno County Jail, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Arce, Buchanan, Duran, Guerrero, Ramirez, Thao, and Xiong.

  On November 19, 2025, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 43.) The Court ordered the parties to file notice, within 45 days, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2.)

  On December 3, 2025, Plaintiff filed notice indicating he wished to participate in an early settlement conference. (Doc. 44.) On December 10, 2025, Defendants filed notice indicating they

1

did not wish to participate in an early settlement conference. (Doc. 45.)

Because Defendants do not agree an early settlement conference would be productive, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

**CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed 120-day stay of this is action (Doc. 43) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **December 11, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2