UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMUEL JAY MILES,

Plaintiff,

v.

FRESNO COUNTY MEDICAL WELLPATH,

Defendant.

1:22-cv-01105-KES-EGC (PC)

**ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION FOR EXTENSION OF TIME**

(Doc. 50)

Plaintiff Samuel Jay Miles, a former county jail inmate, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I. RELEVANT BACKGROUND**

On July 13, 2026, Defendants Arce, Buchanan, Duran, Guerrero, Ramirez, Thao and Xiong filed a motion for summary judgment addressing the merits of Plaintiff's claims. (Doc. 49.) The motion was accompanied by a *Rand*[1] notice. (Doc. 49-2.)

On July 23, 2026, Plaintiff filed a document titled "Asking for a order of stay for 90 day until transfer is complete." (Doc. 50.)

**II. DISCUSSION**

Plaintiff states he has been advised he will be transferred from Valley State Prison to a federal prison on or about July 21, 2026. Further, Plaintiff states he has been informed that he cannot take his legal materials with him and asserts he does not have the funds "to send it out." Because he does not know how long it may take him to arrive at his final destination and to

[1] *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998).

receive his legal materials, Plaintiff asks the Court to "stay this legal matter" for 90 days while he is being transferred and assigned to a federal prison. Plaintiff states once he is assigned to a facility, he will file a change of address with the Court.

A district court has broad discretion to control its docket, including ruling on requests for extensions of time. *See Williams v. Kalisher*, 718 F. App'x 561 (9th Cir. 2018) (citing *FTC v. Gill*, 265 F.3d 944, 957 (9th Cir. 2001)). This Court construes Plaintiff's July 23, 2026, filing to be a request to extend the deadline for filing an opposition to Defendants' pending motion for summary judgment.

At present, Plaintiff's opposition to Defendants' summary judgment motion is due on or before August 10, 2026. Good cause appearing, that deadline will be extended to November 9, 2026. The Court anticipates that period should be sufficient to allow for Plaintiff's transfer from state to federal custody, assignment to a federal penitentiary, notification regarding change of address, and receipt of his legal materials.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff's construed motion for an extension of time (Doc. 50) is **GRANTED**; and
2. Plaintiff **SHALL** file an opposition to Defendants' pending summary judgment motion **no later than November 9, 2026**.

**WARNING: Plaintiff is advised that a failure to comply with this Order may result in a recommendation that this action be dismissed for a failure to comply with court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE